Eastern District of Kentucky
**FILED**
JUN 17 2008
AT COVINGTON
LESLIE G WHI...
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Jury Trial Demanded: Yes _x_  No ___

Douglas J. Algie
2240 Hanser Drive
Covington, Kentucky  41011
Name of Plaintiff

-vs-

DISCRIMINATION COMPLAINT
Douglas J. Algie-CV-Northern Kentucky University

2:08-CV-109-DLB

Northern Kentucky University
Nunn Drive
Highland Heights, Kentucky  41099
Name of Defendant

This action is brought for discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin), and discrimination under The Family and Medical Leave Act of 1993, as codified 29CFR 825.220.

My address is: 2240 Hanser Drive Covington, Kentucky  41011
My telephone number is: (859) 431-9768

The name of the employer who I believe discriminated against me is:
Northern Kentucky University Nunn Drive Highland Heights, Kentucky 41099

Number of employees: Over Two Thousand

I was first employed by the defendant on (date): September 30, 1999

I believe that the defendant is still committing these acts against me.

The date I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding the defendant's alleged discriminatory conduct is: November 26, 2007,
completed: March 20, 2008.

The Equal Employment Opportunity Commission did <u>not</u> issue a decision.

The Equal Employment Opportunity Commission issued the <u>attached Notice of Right to Sue letter</u> which I received on: <u>March 22, 2008.</u>

I am complaining in this action due to the following types of actions by the defendant:

_X_  Retaliation because I complained about discrimination or harassment directed toward me

_X_  Termination of my employment

_X_  Medical Disabilities

_X_  Failure to promote me

_X_  Harassment on the basis of unequal terms and conditions of my employment

_X_  Loss of subsequent promotion opportunities

Defendant's conduct is discriminatory with respect to Retaliation and Sex/Gender.

I believe that I was intentionally discriminated against by the defendant.

I believe that the defendant is still committing these acts against me.

A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.

The Equal Employment Opportunity Commission <u>has</u> issued a Right to sue letter, attached to this complaint, which I received on: <u>March 22, 2008.</u>

<u>Stated here as briefly as possible the facts of this case:</u>

On August 31, 1999, I made application for a Pre-Press Specialist II position at Northern Kentucky University indicating that I had been convicted of a felony involving marijuana on said application. Subsequently I was offered the position; I forfeited my employment at GAP Inc., and began my employment at Northern Kentucky University on September 30, 1999. At the

onset of my employment I noted that neither of the female Pre-Press Specialist II employees possessed adequate skills or experience to perform the majority of the duties defined by the job description of the Pre-Press Specialist II position. Further I had noted the Department of University Printing had implemented discriminatory practices based on a disparate impact which permitted advancement opportunities to both female Pre-Press Specialist II employees. Despite my education and experience exceeding both of these employees I was advised that I would not be given the same opportunities for advancement. When additional staff was hired in advanced positions, I filed a charge with the Equal Employment Opportunity Commission and subsequent complaint in United States District Court Eastern District of Kentucky case number 06-CV-23. Subsequently from filing this complaint I was subjected to a number of retaliatory actions by the Defendant Northern Kentucky University: 1.) Despite availability of advancement opportunities Northern Kentucky University refused to give me due consideration for opportunities of advancement; 2.) I was subjected to unfair and unsubstantiated employee evaluations without recourse from which my employee copies for the most recent evaluation were withheld for a period of over four months in an attempt to prevent me from filing a retaliation charge; 3.) Among the criticisms in my most recent employee evaluation for the year 2007, was that of absenteeism, despite the fact that I had a Family Medical Leave Act certification on record since July of 2006, and I had not come remotely close to using my allowed absences for the year; 4.) Most importantly, barely more than sixty days had passed since my lawsuit in United States District Court Eastern District of Kentucky case number 06-CV023 had been dismissed due to time restraints when Northern Kentucky University terminated my employment without warning, failing to follow established disciplinary procedures, and refusing to cite any reason for terminating my employment. These actions constitute violations of my protected rights under Title VII of the Civil Rights Act of 1964, and under The Family and Medical Leave Act of 1993.


WHEREFORE, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.


Dated: _____         _____
                                              Plaintiff's Signature